

# CHRIS DANIEL

### HARRIS COUNTY DISTRICT CLERK

August 20, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
9/10/2015 9:09:27 AM
CHRISTOPHER A. PRINE
Clerk

HONORABLE VANESSA VELASQUEZ
183RD DISTRICT COURT
HARRIS COUNTY

Defendant's Name: WILBET JOSEPH LEWIS

Cause No: 1426091

Court: 183RD DISTRICT COURT

Please note the following appeal updates on the above mentioned cause·

**Notice of Appeal Filed Date:** 8/14/15
**Sentence Imposed Date:** 8/14/15
**Court of Appeals Assignment:** First Court of Appeals
**Appeal Attorney of Record:** TO BE DETERMINED

Sincerely,

D Bullock
Criminal Post Trial Deputy

CC: Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

LINDSAY ARREDONO (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause

1201 Franklin  P O Box 4651  Houston, Texas 77210-4651

Cause No. 1426091 P·2

## THE STATE OF TEXAS

V.

Wilbert Lewis , A/K/A/ _____

183rd District Court / County Criminal Court at Law No. _____

Harris County, Texas

## NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

On 8-18-15 (date), the defendant in the above numbered and styled cause gives NOTICE OF APPEAL of his conviction.

The undersigned attorney (check appropriate box):

☑ MOVES to withdraw.

☐ ADVISES the court that he will CONTINUE to represent the defendant on appeal.

8-18-15
**Date**

Wilbert **FILED**
**Defendant (Printed name)** Chris Daniel
District Clerk

AUG 18 2015

Time: _____ Harris County, Texas

By _____ Deputy

_Joseph Salhab_
**Attorney (Signature)**

Joseph Solhab
**Attorney (Printed name)**

17532306
**State Bar Number**

2028 Buffalo Ten
**Address** Hou. TX. 77019

713-528-1005
**Telephone Number**

The defendant (check all that apply):

☑ REPRESENTS to the court that he is presently INDIGENT and ASKS the court to immediately APPOINT appellate counsel to represent him.

☑ ASKS the Court to ORDER that a free record be provided to him.

☐ ASKS the court to set BAIL.

Accordingly, Appellant ASKS the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief.

_Wilbert Lewis_
**Defendant (Signature)**

Wilbert Lewis
**Defendant's Printed name**
AUG 18 2015

SWORN TO AND SUBSCRIBED BEFORE ME ON _____

By Deputy District Clerk of Harris County, Texas _____

Page 1 of 2

# ORDER

On **AUG 1 8 2015** the Court conducted a hearing and FINDS that defendant / appellant

☐ IS NOT indigent at this time.

☑ IS indigent for the purpose of

    ☑ employing counsel

    ☑ paying for a clerk's and court reporter's record.

    ☑ employing counsel and/or paying for a clerk's and court reporter's record.

The Court ORDERS that

☑ Counsel's motion to withdraw is GRANTED / ~~DENIED.~~

☐ Defendant / appellant's motion (to be found indigent) is DENIED.

☐ Defendant's / appellant's motion is GRANTED and

    ☐ Attorney _____
    Bar Card Number_____ SPN Number _____
    is APPOINTED to represent defendant / appellant on appeal.

    ☐ Harris County Public Defender's Office (HCPD) is APPOINTED to represent
    defendant/appellant on appeal.
    Assistant Public Defender Assigned by HCPD _____
    Bar Card Number_____ SPN Number _____

    ☐ The COURT REPORTER is ORDERED to prepare and file the reporter's record without charge to
    defendant / appellant.

BAIL IS

☑ SET at $_____.

☐ TO CONTINUE as presently set.

☐ DENIED and is SET at NO BOND. (Felony Only):

DATE SIGNED: **8/18/15**

JUDGE PRESIDING,
DISTRICT COURT/
COUNTY CRIMINAL COURT AT LAW NO. ____,
HARRIS COUNTY, TEXAS

 

Cause No. 142-6091

| THE STATE OF TEXAS | IN THE 182 DISTRICT COURT |
|---|---|
| v. | COUNTY CRIMINAL COURT AT LAW NO. _____ |
| Wilbert Lewis, Defendant | HARRIS COUNTY, TEXAS |

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

- ☑ is not a plea-bargain case, and the defendant has the right of appeal. [*or*]
- ☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [*or*]
- ☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [*or*]
- ☐ is a plea-bargain case, and the defendant has NO right of appeal. [*or*]
- ☐ the defendant has waived the right of appeal.

_____          **AUG 18 2015**   8·18·15
Judge                                                Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

FILED
Chris Daniel
District Clerk

AUG 18 2015

Time:_____
Harris County, Texas
By_____ Deputy

Wilbert Lewis                               Joseph Salhab
Defendant                                   Defendant's Counsel

Mailing Address: HCJ                        State Bar of Texas ID number: 24532300

Telephone number: 01 HCG                    Mailing Address: 2028 Buffalo Ter.
                                            Hou. TX. 77019
Fax number (if any): _____                 Telephone number: 7135228605

                                            Fax number (if any): 7-528-2424

---

* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only. (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2).

# APPEAL CARD



Court **183**  10-17-15  Cause No. **1426091**

## The State of Texas
### Vs
**Wilbert Joseph Lewis**

8-18-15

**Date Notice Of Appeal:** _AUG 18 2015_

**Presentation:** Vol._____ Pg._____

**Judgment:** Vol._____ Pg._____

**Judge Presiding** _V. Velasquez_

**Court Reporter** _Lindsay Arredondo_

**Court Reporter** _____

**Court Reporter** _____

**Attorney on Trial** _Joseph Salhab  Deborah Summer_

**Attorney on Appeal** _TBD_

Appointed _✓_ Hired _____

**Offense** _Agg Robbery - DW_

**Jury Trial** Yes _✓_ No _____

**Punishment Assessed** _60 yrs TDC_

**Companion Cases (If Known)** _NA_

**Amount of Appeal Bond** _No Bond_

**Appellant Confined:** Yes _✓_ No _____   997

**Date Submitted To Appeal Section** _AUG 18 2015_

**Deputy Clerk** _____